UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,                         Case No.  1:12-cr-54

v.                                    HON. JANET T. NEFF

ALLAN JEROME HUGHES,

       Defendant.

_____/


## ORDER ADOPTING REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed April 10, 2012 by the

United States Magistrate Judge in this action. The Report and Recommendation was duly served on

the parties, and no objection has been made thereto within the time required by law.

       THEREFORE, IT IS ORDERED that:

       1. The Report and Recommendation of the Magistrate Judge (Dkt 15) is APPROVED

and ADOPTED as the opinion of the Court.

       2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge

set forth in Count One of the Indictment.

       3. The written plea agreement is hereby continued under advisement pending sentencing.


Date: April 27, 2012                /s/ Janet T. Neff_____
                                 JANET T. NEFF
                                 United States District Judge